Heather L. Rosing, Bar No. 183986
Ryan S Little, Bar No. 350134
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com
rlittle@klinedinstlaw.com

Attorneys for HINSHAW & CULBERTSON, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Amy R. Weissbrod, US Patentee, Plaintiff California State Bar #87419,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT INC., TICKETMASTER, INC., LIVE NATION, INC., INSTANT LIVE CONCERTS, LLC, MLB/MLB ADVANCED MEDIA, INC., PHISH/PHISH LIVE, COWAN LIEBOWITZ & LATMAN, PC, HINSHAW & CULBERTSON, LLP, BAKER BOTTS, LLP, Does I-X,<br><br>Defendants. | Case No. 2:23-cv-04381-MEMF-E<br><br>**DEFENDANT HINSHAW & CULBERTSON, LLP'S NOTICE OF MOTION TO DISMISS PURSUANT TO CR 12(b)(6)**<br><br>Hearing Date:  October 12, 2023<br>Time:         10:00 a.m.<br>Judge:  Hon. Maame Ewusi-Mensah<br>Courtroom:    8B |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on October 12, 2023, or as soon thereafter as this matter may be heard in the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Hon. Maame Ewusi-Mensah, Defendants HINSHAW & CULBERTSON, LLP ("the Defendant") will and hereby do move this Court for an order dismissing

///

Plaintiff's Complaint against the Defendant pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and enjoining Plaintiff from filing new litigation against Hinshaw & Culbertson related to the underlying facts of Plaintiff's complaint here.

This motion is made following multiple unsuccesful attempts to reach Plaintiff to confer about this motion, pursuant to L.R. 7-4, as detailed in the attached Declaration of Heather L. Rosing.

KLINEDINST PC

DATED: September 8, 2023   By: 

Heather L. Rosing
Ryan S Little
Attorneys for HINSHAW & CULBERTSON, LLP