Heather L. Rosing, Bar No. 183986
Ryan S Little, Bar No. 350134
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com
rlittle@klinedinstlaw.com

Attorneys for HINSHAW & CULBERTSON, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Amy R. Weissbrod, US Patentee, Plaintiff California State Bar #87419,<br><br>    Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT INC., TICKETMASTER, INC., LIVE NATION, INC., INSTANT LIVE CONCERTS, LLC, MLB/MLB ADVANCED MEDIA, INC., PHISH/PHISH LIVE, COWAN LIEBOWITZ & LATMAN, PC, HINSHAW & CULBERTSON, LLP, BAKER BOTTS, LLP, Does I-X,<br><br>    Defendants. | Case No. 2:23-cv-04381-MEMF-E<br><br>**DECLARATION OF RYAN S. LITTLE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Hearing Date:   October 12, 2023<br>Time:           10:00 a.m.<br>Judge:   Hon. Maame Ewusi-Mensah<br>Courtroom:      8B |

I, Ryan S. Little, do hereby declare:

1. I am an attorney at law duly licensed to appear before all courts in the State of California and in this District. I am a lawyer with Klinedinst PC, attorneys of record for Defendant, HINSHAW & CULBERTSON, LLP in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are

explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. Attached as Exhibit 1 is a true and accurate copy of the Complaint dated February 15, 2006;

4. Attached as Exhibit 2 is a true and correct copy of the Finding in the matter of Weissbrod v. Dopico dated June 21, 2023;

5. Attached as Exhibit 3 is a true and correct copy of an Order dated December 4, 2012;

6. Attached as Exhibit 4 is a true and correct copy of the Attorney Online Services Search dated August 22, 2023;

7. Attached as Exhibit 5 is a true and accurate copy of a Notice of Petition Pursuant to CPLR Article 78 dated September 21, 2011;

8. Attached as Exhibit 6 is a true and accurate copy of In re Gurvey Slip Opinion 68377 dated March 26, 2013;

9. Attached as Exhibit 7 is a true and accurate copy of the SDNY Docket dated June 21, 2023;

10. Attached as Exhibit 8 is a true and accurate copy of an Order of Dismissal dated May 2, 2013;

11. Attached as Exhibit 9 is a true and accurate copy of an Order dated May 14, 2013;

12. Attached as Exhibit 10 is a true and accurate copy of the General Docket Court of Appeals, 2nd Circuit dated June 21, 2023;

13. Attached as Exhibit 11 is a true and accurate copy of the Summary Order 2nd Circuit dated August 19, 2014;

14. Attached as Exhibit 12 is a true and accurate copy of the Civil Docket re Gurvey v. Cowan, Liebowitz & Latman PC et al, dated August 22, 2023;

15. Attached as Exhibit 13 is a true and accurate copy of the Civil rights Complaint dated January 30, 2015;

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

16. Attached as Exhibit 14 is a true and accurate copy of the Request for Judicial Intervention dated July 14, 2015;

17. Attached as Exhibit 15 is a true and accurate copy of the Decision re Gurvey v. Cowan, Liebowitz & Latman PC et al, dated February 10, 2016;

18. Attached as Exhibit 16 is a true and accurate copy of the Court Order dated April 21, 2016;

19. Attached as Exhibit 17 is a true and accurate copy of the In re Gurvey Slip Opinion 76108 dated June 9, 2016;

20. Attached as Exhibit 18 is a true and accurate copy of the Decision and Order dated August 29, 2016;

21. Attached as Exhibit 19 is a true and accurate copy of the Order to Show Cause dated August 19, 2015;

22. Attached as Exhibit 20 is a true and accurate copy of the Decision and Order dated March 23, 2017;

23. Attached as Exhibit 21 is a true and accurate copy of the Notice of Entry dated March 21, 2017;

24. Attached as Exhibit 22 is a true and accurate copy of the First Department Motion Decision, dated July 6, 2017;

25. Attached as Exhibit 23 is a true and accurate copy of the Opinion and Order dated July 6, 2017;

26. Attached as Exhibit 24 is a true and accurate copy of the Opinion and Order dated July 7, 2017;

27. Attached as Exhibit 25 is a true and accurate copy of the General Docket Court of Appeals, 2nd Circuit dated June 26, 2023;

28. Attached as Exhibit 26 is a true and accurate copy of the In the Matter of Amy R. Gurvey v. State of New York, et al. Motion Decision dated November 16, 2017;

29. Attached as Exhibit 27 is a true and accurate copy of the Appellate

Division, First Department, Motion Decision In the Matter of Amy R. Weissbrod dated January 23, 2018;

30. Attached as Exhibit 28 is a true and accurate copy of the Appellate Division, First Department, Motion Decision In the Matter of Amy R. Gurvey dated February 15, 2018;

31. Attached as Exhibit 29 is a true and accurate copy of the Appellate Division, First Department, Motion Decision In the Matter of Amy R. Weissbrod Gurvey dated February 20, 2018;

32. Attached as Exhibit 30 is a true and accurate copy of the Civil Right & Unlawful Patent Taking Complaint dated March 12, 2018;

33. Attached as Exhibit 31 is a true and accurate copy of the Decision, Order & Judgment In the Matter Amy R. Gurvey v. Rolando T. Acosta dated April 11, 2018;

34. Attached as Exhibit 32 is a true and accurate copy of an Order to Show Cause dated April 19, 2018;

35. Attached as Exhibit 33 is a true and accurate copy of an Order of Dismissal dated June 5, 2018;

36. Attached as Exhibit 34 is a true and accurate copy of the Decision In the Matter of Amy R. Gurvey v. Rolando T. Acosta dated June 26, 2018;

37. Attached as Exhibit 35 is a true and accurate copy of the Dismissal of Appeal dated June 12, 2018;

38. Attached as Exhibit 35 is a true and accurate copy of a Ruling In the Amy R. Gurvey v. Cowan, Liebowitz & Latman, P.C. dated December 4, 2018;

39. Attached as Exhibit 37 is a true and accurate copy of an Order dated January 18, 2019;

40. Attached as Exhibit 38 is a true and accurate copy of the Civil Docket In the Matter of Amy R. Weisbrod Gurvey v. Hon(s) Jonathan Lippman, et al. dated August 23, 2023;

41. Attached as Exhibit 39 is a true and accurate copy of the General Docket US Court of Appeals for the Federal Circuit In the matter of Weissbrod Gurvey v. Lippman, dated August 23, 2023;

42. Attached as Exhibit 40 is a true and accurate copy of the Affidavit dated August 16, 2019;

43. Attached as Exhibit 41 is a true and accurate copy of a Denial In the Amy R. Gurvey v. Cowan, Liebowitz & Latman, P.C. dated October 7, 2019;

44. Attached as Exhibit 42 is a true and accurate copy of a Notice of Appeal dated March 19, 2020;

45. Attached as Exhibit 43 is a true and accurate copy of a Petition In re: Amy r. Gurvey dated August 16, 2023;

46. Attached as Exhibit 44 is a true and accurate copy of an Order Dismissing Appeal dated January 8, 2021;

47. Attached as Exhibit 45 is a true and accurate copy of the Memorandum and Order dated September 30, 2021;

48. Attached as Exhibit 46 is a true and accurate copy of the Civil Docket In the Amy R. Gurvey v. Hon. Elizabeth A. Garry dated June 21, 2023;

49. Attached as Exhibit 47 is a true and accurate copy of a Writ of Mandamus In the Amy r. Gurvey v. Cowan, Liebowitz & Latman, P.C. dated April 7, 2022;

50. Attached as Exhibit 48 is a true and accurate copy of the General Docket Court of Appeals, 2nd Circuit In re: Amy R. Gurvey dated August 28, 2023;

51. Attached as Exhibit 49 is a true and accurate copy of a Motion to Disquality Hinshaw & Culbertson, LLP dated May 12, 2014;

52. Attached as Exhibit 50 is a true and accurate copy of an Opinion and Order In the Amy R. Gurvey v. Cowan, Leibowitz & Latman, P.C. dated September 17, 2015;

53. Attached as Exhibit 51 is a true and accurate copy of a Declaration of J.

1  Richard Supple, Jr. dated May 21, 2014;

2  I declare under penalty of perjury pursuant to the laws of the United States of
3  America that the foregoing is true and correct.

4  Executed on this 8th day of September, 2023, at San Diego, California.



_____

Ryan S. Little