Heather L. Rosing, Bar No. 183986
Ryan S Little, Bar No. 350134
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
hrosing@klinedinstlaw.com
rlittle@klinedinstlaw.com

Attorneys for HINSHAW & CULBERTSON, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Amy R. Weissbrod, US Patentee, Plaintiff California State Bar #87419,<br><br>Plaintiff,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT INC., TICKETMASTER, INC., LIVE NATION, INC., INSTANT LIVE CONCERTS, LLC, MLB/MLB ADVANCED MEDIA, INC., PHISH/PHISH LIVE, COWAN LIEBOWITZ & LATMAN, PC, HINSHAW & CULBERTSON, LLP, BAKER BOTTS, LLP, Does I-X,<br><br>Defendants. | Case No. 2:23-cv-04381-MEMF-E<br><br>**DECLARATION OF HEATHER L. ROSING IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Hearing Date:  October 12, 2023<br>Time:  10:00 a.m.<br>Judge:  Hon. Maame Ewusi-Mensah<br>Courtroom:  8B |

I, Heather L. Rosing, do hereby declare:

1.  I am an attorney at law duly licensed to appear before all courts in the State of California and this Court. I am a lawyer with Klinedinst PC, attorneys of record for Defendant, HINSHAW & CULBERTSON, LLP in the above-captioned action.

2.  I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are

explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3.     I made several attempts to timely confer with Plaintiff in this case, as required by L.R. 7-4. I sent emails to Plaintiff at the email address listed on her complaint, as well as to the address on file with the California State Bar. My emails are dated August 31, 2023, and September 5, 2023.  In them, I asked to talk over the phone and offered specific times for the call.  I provided all of my contact information.  Plaintiff failed to respond to my attempts to reach her.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of September, 2023, at San Diego, California

_____
Heather L. Rosing