SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DARREN M. FRANKLIN, Cal Bar No. 210939
dfranklin@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

JENNIFER K. AYERS, *pro hac vice*
jayers@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
Telephone:    469.391.7400
Facsimile:    469.391.7401

Attorneys for Live Nation Entertainment, Inc., Ticketmaster, Inc., Live Nation, Inc., and InstantLive Concerts, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amy R. Weissbrod, US Patentee, California State Bar No. 87419,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Live Nation Entertainment Inc., Ticketmaster, Inc., Live Nation, Inc., Instant Live Concerts, LLC, MLB/MLB Advanced Media, Inc., Phish/Phish Live, Cowan Liebowitz and Latman, PC, Hinshaw and Culbertson, LLP, Baker Botts, LLP, Does I-X,<br><br>　　　　　Defendant. | Case No. 2:23-cv-04381-MEMF-E<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS LIVE NATION ENTERTAINMENT, INC., TICKETMASTER, INC., LIVE NATION, INC., AND INSTANTLIVE CONCERTS, LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(3) and 12(B)(6)**<br><br>*Filed concurrently with Motion to Dismiss, Declaration of Jennifer K. Ayers, and Proposed Order*<br><br>Date:　　January 25, 2024<br>Time:　　10:00 a.m.<br>Crtrm.:　　8B, 8th Floor<br><br>Judge:　　Maame Ewusi-Mensah Frimpong |

In accordance with Federal Rule of Evidence, Rule 201, Defendants Live Nation Entertainment Inc., Ticketmaster, Inc., Live Nation, Inc., Instant Live Concerts, LLC hereby request that this Court take judicial notice of the following items, attached to the concurrently filed Declaration of Jennifer K. Ayers in Support of Defendants Live Nation Entertainment Inc., Ticketmaster, Inc., Live Nation, Inc., InstantLive Concerts, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) as Exhibits 1 through 19.

1. Original Complaint, Dkt. No. 1 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached Exhibit 1 to the Ayers Declaration;

2. Third Amended Complaint, Dkt. No. 47 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 2 to the Ayers Declaration.

3. Opinion & Order, Dkt. No 65 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 3 to the Ayers Declaration;

4. Opinion & Order, Dkt. No 66 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 4 to the Ayers Declaration;

5. Notice of Appeal, Dkt. No. 1-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 10-4111 (2d Cir.), attached as Exhibit 5 to the Ayers Declaration;

6. Summary Order, Dkt. No. 87-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 10-4111 (2d Cir.), attached as Exhibit 6 to the Ayers Declaration;

7. Opinion & Order, Dkt. No 408 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 7 to the Ayers Declaration;

8. Summary Order, Dkt. No. 257-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 17-2760 (2d. Cir.), attached as Exhibit 8 to the Ayers Declaration;

9. Antifiling Injunction Order, Dkt. No. 446 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 9 to the Ayers Declaration;

10. Letter, Dkt No. 451 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 10 to the Ayers Declaration;

11. Letter, Dkt No. 452 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 11 to the Ayers Declaration;

12. Petition Seeking Writ of Mandamus, Dkt No. 2-1 in *In re Amy R. Gurvey, U.S. Patentee*, Case No. 23-134 (Fed. Cir.), attached as Exhibit 12 to the Ayers Declaration;

13. Order, Dkt No. 16 in *In re Amy R. Gurvey, U.S. Patentee*, Case No. 23-134 (Fed. Cir.), attached as Exhibit 13 to the Ayers Declaration;

14. Opinion and Order, Dkt No. 338 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 14 to the Ayers Declaration;

15. Dec. 4, 2012 Suspension Order in *In the Matter of Amy R. Gurvey (a/k/a Amy R. Weissbrod), an Attorney*, attached as Exhibit 15 to the Ayers Declaration;

16. April 26, 2021 Decision in *Gurvey v. State*, Case No. 2021-015-042 in the New York Court of Claims, attached as Exhibit 16 to the Ayers Declaration.

17. Appellant's Brief, Dkt. No. 70 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 10-4111 (2d Cir.), attached as Exhibit 17 to the Ayers Declaration.

18. Business Entity Summary for InstantLive LLC, attached as Exhibit 18 to the Ayers Declaration;

19. Live Nation Entertainment, Inc.'s Form 10-K dated February 23, 2023, attached as Exhibit 19 to the Ayers Declaration.

In ruling on a motion to dismiss, the Court may consider documents outside the pleadings without the proceeding turning into summary judgment. *See Lee v. City of Los Angeles*, 250 F.3d

668, 688-89 (9th Cir. 2001). In particular, the Court may consider (a) documents that are properly submitted as part of the complaint, (b) documents on which plaintiff's complaint necessarily relies and whose authenticity is not contested, and (c) matters of public record of which the court may take judicial notice under Rule 201 of the Federal Rules of Evidence. *Drescher v. Baby It's You, LLC*, 2011 U.S. Dist. LEXIS 3250, at *6 (C.D. Cal. Jan. 7, 2011). Federal Rules of Evidence 201(b)(2) and 201(c)(2) provide that a court must take judicial notice of adjudicative facts if a party requests it and supplies the Court with the necessary information. "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).

Here, Exhibits 1-17 consist of court filings and published court decisions, all of which are judicially noticeable. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 & n.6 (9th Cir. 2006) (taking judicial notice of court filings and a hearing transcript and noting that a court "may take judicial notice of court filings and other matters of public record").

Additionally, the Court may take judicial notice of Exhibit 18 as it is a document regarding Defendant InstantLive Concerts, LLC's corporate termination and merger into another entity. *Bondarenko v. Wells Fargo Bank, N.A.*, No. CV 15-403 DMG (JEMX), 2016 WL 6267927, at *3 (C.D. Cal. Aug. 10, 2016) (taking judicial notice of documents regarding corporate formation and merger).

Finally, Exhibit 19 is an SEC Form 10-K filing. Judicial notice of SEC filings is proper under Rule 201(b) of the Federal Rules of Evidence "as they are not subject to reasonable dispute." *In re: Bofi Holding, Inc. Sec. Litig.,* Case No. 3:15-CV-02324-GPC-KSC, 2016 WL 539053, at *15 (S.D. Cal. Sept. 27, 2016)(*citing Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)). Courts routinely take judicial notice of SEC filings even if they are not specifically cited in a complaint. *See In re Silicon Graphics Inc. Sec. Litig.,* 183 F.3d 970, 986 (9th Cir. 1999; *Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944 (C.D. Cal. 1997)*; In re NUKO Info. Sys., Inc., Sec. Litig.*, 199 F.R.D 338,341 (N.D. Cal. 2000).

1   For the foregoing reasons, Defendants Live Nation Entertainment, Inc., Ticketmaster, Inc., Live Nation, Inc., InstantLive Concerts, LLC request that this Court take judicial notice of the above-referenced exhibits.

Dated: December 11, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Jennifer K. Ayers*
JENNIFER K. AYERS

Attorneys for Live Nation Entertainment, Inc., Ticketmaster, Inc., Live Nation, Inc., Instant Live Concerts, LLC

-4-