1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
2 DARREN M. FRANKLIN, Cal Bar No. 210939
3 dfranklin@sheppardmullin.com
   333 South Hope Street, 43rd Floor
4 Los Angeles, California 90071-1422
   Telephone:    213.620.1780
5 Facsimile:    213.620.1398

6 JENNIFER K. AYERS, *pro hac vice*
   jayers@sheppardmullin.com
7 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   2200 Ross Avenue, Suite 2400
8 Dallas, Texas 75201
   Telephone:    469.391.7400
9 Facsimile:    469.391.7401

10 Attorneys for Live Nation Entertainment, Inc.,
   Ticketmaster, Inc., Live Nation, Inc., Instant Live
11 Concerts, LLC, Phish, Inc., and PhishLive

12                UNITED STATES DISTRICT COURT

13          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| 15 | Amy R. Weissbrod, US Patentee, California State Bar No. 87419, | Case No. 2:23-cv-04381-MEMF-E |
|---|---|---|
| 16 | | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS PHISH INC.'S AND PHISHLIVE'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2), 12(B)(3), and 12(B)(6)** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | Live Nation Entertainment Inc., Ticketmaster, Inc., Live Nation, Inc., Instant Live Concerts, LLC, MLB/MLB Advanced Media, Inc., Phish/Phish Live, Cowan Liebowitz and Latman, PC, Hinshaw and Culbertson, LLP, Baker Botts, LLP, Does I-X, | *Filed concurrently with Motion to Dismiss, Declaration of Jennifer K. Ayers, and Proposed Order* |
| 20 | | |
| 21 | | Date:   January 25, 2024<br>Time:   10:00 a.m.<br>Crtrm.: 8B, 8th Floor |
| 22 | Defendant. | |
| 23 | | Judge:  Maame Ewusi-Mensah Frimpong |

In accordance with Federal Rule of Evidence, Rule 201, Defendants Phish, Inc. and PhishLive hereby request that this Court take judicial notice of the following items, attached to the concurrently filed Declaration of Jennifer K. Ayers in Support of Defendants Phish, Inc. and PhishLive's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6) as Exhibits 1 through 17.

1. Original Complaint, Dkt. No. 1 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached Exhibit 1 to the Ayers Declaration;

2. Third Amended Complaint, Dkt. No. 47 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 2 to the Ayers Declaration.

3. Opinion & Order, Dkt. No 65 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 3 to the Ayers Declaration;

4. Opinion & Order, Dkt. No 66 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 4 to the Ayers Declaration;

5. Notice of Appeal, Dkt. No. 1-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 10-4111 (2d Cir.), attached as Exhibit 5 to the Ayers Declaration;

6. Summary Order, Dkt. No. 87-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 10-4111 (2d Cir.), attached as Exhibit 6 to the Ayers Declaration;

7. Opinion and Order, Dkt. No. 186 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 7 to the Ayers Declaration;

8. Opinion & Order, Dkt. No 408 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York; attached as Exhibit 8 to the Ayers Declaration;

9. Summary Order, Dkt. No. 257-1 in *Gurvey v. Cowan, Liebowitz & Latman, P.C.*, Case No. 17-2760 (2d. Cir.), attached as Exhibit 9 to the Ayers Declaration;

10. Antifiling Injunction Order, Dkt. No. 446 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 10 to the Ayers Declaration;

11. Letter, Dkt No. 451 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York; attached as Exhibit 11 to the Ayers Declaration;

12. Letter, Dkt No. 452 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 12 to the Ayers Declaration;

13. Petition Seeking Writ of Mandamus, Dkt No. 2-1 in *In re Amy R. Gurvey, U.S. Patentee*, Case No. 23-134 (Fed. Cir.), attached as Exhibit 13 to the Ayers Declaration;

14. Order, Dkt No. 16 in *In re Amy R. Gurvey, U.S. Patentee*, Case No. 23-134 (Fed. Cir.), attached as Exhibit 14 to the Ayers Declaration;

15. Opinion and Order, Dkt No. 338 in *Gurvey v. Cowan, Liebowitz & Latman, PC*, Case No. 1:06-cv-01202-LGS-HBP in the Southern District of New York, attached as Exhibit 15 to the Ayers Declaration;

16. Dec. 4, 2012 Suspension Order in *In the Matter of Amy R. Gurvey (a/k/a Amy R. Weissbrod), an Attorney*; attached as Exhibit 16 to the Ayers Declaration;

17. April 26, 2021 Decision in *Gurvey v. State*, Case No. 2021-015-042 in the New York Court of Claims; attached as Exhibit 17 to the Ayers Declaration.

In ruling on a motion to dismiss, the Court may consider documents outside the pleadings without the proceeding turning into summary judgment. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). In particular, the Court may consider (a) documents that are properly submitted as part of the complaint, (b) documents on which plaintiff's complaint necessarily relies and whose authenticity is not contested, and (c) matters of public record of which the court may take judicial notice under Rule 201 of the Federal Rules of Evidence. *Drescher v. Baby It's You,*

1  *LLC*, 2011 U.S. Dist. LEXIS 3250, at *6 (C.D. Cal. Jan. 7, 2011). Federal Rules of Evidence
2  201(b)(2) and 201(c)(2) provide that a court must take judicial notice of adjudicative facts if a
3  party requests it and supplies the Court with the necessary information. "The court may judicially
4  notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the
5  trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources
6  whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b).

7      Here, Exhibits 1-17 above consist of court filings and published court decisions, all of
8  which are judicially noticeable. *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746
9  & n.6 (9th Cir. 2006) (taking judicial notice of court filings and a hearing transcript and noting
10 that a court "may take judicial notice of court filings and other matters of public record"). For the
11 foregoing reasons, Defendants Phish, Inc. and PhishLive request that this Court take judicial
12 notice of the above-referenced exhibits.

13 Dated: December 11, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ *Jennifer K. Ayers*
    Jennifer K. Ayers

Attorney for Defendants Phish, Inc. and PhishLive